# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 22-5329
2. DATE DOCKETED: 12/13/22
3. CASE NAME (lead parties only) Deadria Farmer-Paellmann v. Smithsonian Institution
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court  ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ○ Yes  ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action 22-cv-3048
      Bankruptcy Court Docket No.
      Tax Court Docket No.
   b. Review is sought of:
      ☐ Final Order  ☒ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Cooper
      Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 10/14/22
   e. Date notice of appeal filed: 12/09/22
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ⦿ No
      If NO, why not? No evidentiary hearing or oral argument below to the best of counsel's knowledge
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal #  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ○ No
      If YES, give popular name and citation of statute  20 USC §41, et seq.; 20 U.S.C. § 80q–9; 20 USC § 80m(a)(4)
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No  If so, provide program name and participation dates

Signature [signed]   Date 1/12/23
Name of Party Deadria Farmer-Paellmann and Restitution Study Group
Name of Counsel for Appellant/Petitioner Bruce I. Afran
Address 10 Braeburn Dr., Princeton, NJ 08540
Phone ( 609 ) 454-7435   Fax ( 609 ) 924-1045

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)