UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT
No. 22-5329 (C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al.*,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

# APPELLEE'S CERTIFICATE OF COUNSEL AS TO PARTIES, RULINGS, AND RELATED CASES

Appellee files this certificate as to parties, rulings, and related cases.

## Parties

Appellants are Deadria Farmer-Paellmann and Restitution Study Group, Inc., plaintiffs below. Appellee is the Smithsonian Institution, defendant below. No *amici* or intervenors appeared in the District Court or on this appeal to date.

## Rulings Under Review

At issue is the Honorable Christopher R. Cooper's October 14, 2022 Opinion and Order denying plaintiffs' application for temporary and preliminary restraints on transfer by Defendant of certain objects known as the Benin Bronzes.

/s/ Bruce I. Afran,
Counsel for Plaintiffs

1