UNITED STATES COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA CIRCUIT

No. 22-5329

(C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al*.,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

**APPELLANT'S STATEMENT OF ISSUES**

Pursuant to the Court's order these issues are set out for informational purposes but plaintiffs reserve the right to propound in their appeal all relevant issues of law and fact:

1. Did Plaintiffs lack standing as slave descendants from the Benin region, or as a slave descendants' interest group, to seek restraints on defendant's transfer of objects known as the Benin Bronzes to the Government of Nigeria based on the

1

allegations in the pleadings, inter alia, that such objects were created with the copper ingots used as consideration to purchase the slave descendants' ancestors.

    2.  Whether the District Court erred as a matter of law in construing the Smithsonian Institution's governing statutes to permit it to transfer, return or repatriate, without consideration, a part of its collection to a foreign state.

    3.  Whether the Smithsonian as a trustee of the United States or otherwise acting as an instrumentality of the United States is permitted, in the absence of Congressional authorization, to transfer, return or repatriate its collection or a part thereof to a foreign state.

    4.  Whether the Smithsonian is or should be subject to the Administrative Procedure Act with respect to its decision making in connection with any act of transfer, return or repatriation of its collection or part thereof?

/s/ Bruce I. Afran,
    Counsel for Plaintiffs