UNITED STATES COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA CIRCUIT

No. 22-5329

(C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al.*,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

**APPELLANT'S STATEMENT AS TO DEFERRED APPENDIX**

Appellant will not be making use of deferred appendix.

/s/ Bruce I. Afran,
Counsel for Plaintiffs

1