UNITED STATES COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA CIRCUIT

No. 22-5329

(C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al*.,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

**APPELLANT'S RULE 26.1 DISCLOSURE STATEMENT**

1. Plaintiff Deadria Farmer-Paellmann is a natural person and has no controlling entity, division, subsidiary or controlling stockholder.

2. Plaintiff Restitution Study Group is a not for profit corporation registered in the State of New York and has no controlling entity, division or subsidiaries or controlling stockholders.

/s/ Bruce I. Afran,
Counsel for Plaintiffs