# CERTIFICATE OF SERVICE

I CERTIFY that on this 12th day of January, 2023, I have caused the following to be  served on served on Appellee's counsel by filing it on the Court's CM/ECF system on which counsel is a registered user: Certificate of Counsel as to Parties, Rulings, and Related Cases; Entry of Appearance; Statement re Transcript; Appellants' Rule 26.1 Statement; Statement as to Deferred Appendix; Appellants' Docketing Statement; Appellants' Statement of Issues; and Original Decision.

/s/Bruce I. Afran,
  Counsel for Plaintiffs-Appellants