UNITED STATES COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA CIRCUIT

No. 22-5329
(C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al.*,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

**APPELLANT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE FOR SUMMARY AFFIRMANCE**

Plaintiffs respectfully request that the briefing schedule on Defendant's pending motion (Document #1981167) be adjourned as follows:

1. Plaintiffs Brief in Opposition to be due for filing on or by February 6, 2023;
2. Defendant's Reply Brief to be due for filing on or by February 16, 2023.

Counsel for Defendant, Douglas C. Dreier, A.U.S.A., has consented to this request and to this schedule.

/s/ Bruce I. Afran,
Counsel for Plaintiffs