UNITED STATES COURT OF APPEALS FOR THE

DISTRICT OF COLUMBIA CIRCUIT

No. 22-5329

(C.A. No. 22-3048)

_____

DEADRIA FARMER-PAELLMANN, *et al.*,

Plaintiffs,

v.

SMITHSONIAN INSTITUTION,

Defendant.

_____

**APPELLANT'S VOLUNTARY WITHDRAWAL OF APPEAL**

PLEASE TAKE NOTICE that appellant hereby withdraws the appeal; as per agreement of Douglas C. Dreier, Assistant United States Attorney via email dated February 18, 2023 each party bears their own costs and attorneys fees on the appeal.  Plaintiff intends to amend the existing complaint in the District Court and proceed on such basis.  The government has advised counsel that it reserves its right to renew its underlying motion to dismiss in the District Court or to move to dismiss any amended or revised complaint.

/s/ Bruce I. Afran,
Counsel for Plaintiffs