Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

1. This document complies with the word limit of Fed. R. App. P., Rule 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   \_\_\_X\_\_  this document contains **91** words, or

   \_\_\_\_\_    this brief uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because:

   \_\_\_X\_\_  this document has been prepared in a proportionally spaced typeface using **Apple Pages Version 6.3.1 in 14 point Times Roman type**, or

   \_\_\_\_\_    this document has been prepared in a monospaced typeface using [state name and version of word-processing program] with [state number of characters per inch and name of type style].

   /s/ Bruce I. Afran
   Attorney for: Deadria Farmer-Paellmann and
             Restitution Study Group
   Dated: March 27, 2023