# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 22-5329** | **September Term, 2022** |
| | **1:22-cv-03048-CRC** |
| | **Filed On: March 31, 2023** |

Deadria Farmer-Paellmann and Restitution Study Group, Inc.,

      Appellants

      v.

Smithsonian Institution,

      Appellee

### O R D E R

Upon consideration of appellant's motion to dismiss the appeal, styled as a voluntary withdrawal of appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:    /s/
                                      Laura M. Morgan
                                      Deputy Clerk