# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5329**  **September Term, 2022**

1:22-cv-03048-CRC

Filed On: March 31, 2023 [1992637]

Deadria Farmer-Paellmann and Restitution
Study Group, Inc.,

      Appellants

    v.

Smithsonian Institution,

      Appellee

## M A N D A T E

In accordance with the order of March 31, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

          BY:    /s/
                  Laura M. Morgan
                  Deputy Clerk

Link to the order filed March 31, 2023